IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE LUIS REYES-DIAZ,** | : | |
| Petitioner | : | |
| | : | No. 1:24-cv-01723 |
| v. | : | |
| | : | (Judge Kane) |
| **UNITED STATES OF AMERICA, et al.,** | : | |
| Respondents | : | |

# ORDER

**AND NOW**, on this 29th day of January 2025, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Jose Luis Reyes-Diaz (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

2. The petition (Doc. No. 1) is **DISMISSED**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania